# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147598-600

SHORE FINANCIAL SERVICES, INC., d/b/a
UNITED WHOLESALE MORTGAGE,
      Plaintiff-Appellant,

v

LAKESIDE TITLE AND ESCROW AGENCY,
INC., and TOP FLITE FINANCIAL, INC.,
      Defendants-Appellees.

SC: 147598
COA: 301143
Oakland CC: 2009-100819-CK

_____/

SHORE FINANCIAL SERVICES, INC., d/b/a
UNITED WHOLESALE MORTGAGE,
      Plaintiff-Appellant,

v

LAKESIDE TITLE AND ESCROW AGENCY,
INC.,
      Defendant-Appellee,
and

TOP FLITE FINANCIAL, INC.,
      Defendant.

SC: 147599
COA: 302707
Oakland CC: 2009-100819-CK

_____/

SHORE FINANCIAL SERVICES, INC., d/b/a
UNITED WHOLESALE MORTGAGE,
      Plaintiff-Appellant,

v

LAKESIDE TITLE AND ESCROW AGENCY,
INC.,
      Defendant,

SC: 147600
COA: 302723
Oakland CC: 2009-100819-CK

and

TOP FLITE FINANCIAL, INC.,
               Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the May 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

                                       Clerk